UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           No. 1:17-CR-118

    vs.                                   Hon. Janet T. Neff

GEORGE EVERETT WEST,

        Defendant.
_____/

INFORMATION AND NOTICE OF PRIOR FELONY DRUG CONVICTION

Now comes the United States of America, by and through its attorneys, Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and B. René Shekmer, Assistant United States Attorney, and states as follows as required by 21 U.S.C. § 851:

Defendant George Everett West is charged in Count One of the Indictment with the offense of possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). This offense carries a statutory penalty of not more than 20 years in prison, a period of supervised release of not less than three years and not more than life, a fine of not more than $1,000,000, and a special assessment of $100.

However, Defendant George Everett West sustained felony drug convictions prior to the commission of the offense in Count One of the Indictment. Specifically, Defendant West sustained the following convictions which had become final:

On July 9, 2001, West was convicted of controlled substance

1

delivery/manufacture, in violation of M.C.L. § 333.74012D3, and controlled substance possession less than 25 grams, in violation of M.C.L. § 333.74032A5, and, in the 37th Judicial Circuit for the State of Michigan, located in Battle Creek, Calhoun County, Michigan, Case No. 01-001013-FH-G.

On January 10, 2008, West was convicted of controlled substance delivery less than 50 grams, in violation of M.C.L. § 333.74012A4, and controlled substance delivery/manufacture, in violation of M.C.L. § 333.74012D3, in the 37th Judicial Circuit for the State of Michigan, located in Battle Creek, Calhoun County, Michigan, Case No. 2007 0000003306 FH ALG.

Copies of the judgments relative to the above-listed convictions were hand delivered to defense counsel at the defendant's arraignment on June 23, 2017.

Wherefore, pursuant to 21 U.S.C. § 841(b)(1)(C), in the event that Defendant West is convicted of Count One of the indictment, the offense carries a statutory penalty of not more than 30 years in prison, a period of supervised release of not less than six years and not more than life, a fine of not more than $2,000,000, and a special assessment of $100.

                          Respectfully submitted,

                          ANDREW BYERLY BIRGE
                          Acting United States Attorney

Dated: July 27, 2017        /s/ B. René Shekmer
                          B. RENÉ SHEKMER
                          Assistant United States Attorney
                          P.O. Box 208
                          330 Ionia Avenue, NW
                          Grand Rapids, Michigan 49501-0208
                          (616) 456-2404